UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROBERTO CUELLAR,**

               **Plaintiff,**

-vs-                                      Case No. 6:05-cv-1567-Orl-28KRS

**TOTAL PROTECTIVE SERVICES, INC.,
JOSEPH TOLERICO, ROBERTO FUSON,**

               **Defendants.**

## ORDER

This case is before the Court on the Plaintiff's Motion for Entry of Default Judgment (Doc. No. 18) filed March 3, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 8, 2006 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. No. 18) is **GRANTED in part and DENIED in part**. Specifically, default judgment is entered against Defendants Total Protective Services, Tolerico and Fuson on Cuellar's claims for violation of the overtime provisions of the FLSA, and against Total Protective Services on Cuellar's claim

for breach of an employment contract. Total Protective Services, Tolerico and Fuson are **ORDERED** to pay Cuellar damages in the amount of $6,240.00 ($3,120.00 in statutory damages and $3,120.00 in liquidated damages); attorney's fees in the amount of $1,681.50; and costs in the amount of $340.00. It is further **ORDERED** that Total Protective Services pay Cuellar contractual damages in the amount of $1,000.00. The Clerk of Court is directed to enter judgment and thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __23__ day of May, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party